# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES PEREZ, | Case No.  1:24-cv-01322-SAB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 2) |

On October 28, 2024, Plaintiff Frances Perez filed a complaint and an application to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees.  Therefore, the Court will order that the complaint in this action be served pursuant to paragraph 1 of the scheduling order to be issued in this action, which provides that service on the Defendant shall proceed under the Court's e-service program.

Accordingly, IT IS HEREBY ORDERED THAT:

1.   Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.   The Clerk of Court is DIRECTED to issue a summons and new case documents; and

3.   The Clerk of Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their

1    designated email addresses, a notice of electronic filing of this action along with

2    the summons and complaint.

3

4    IT IS SO ORDERED.

5    Dated:   **October 29, 2024**

     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28