# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-01322-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S BRIEF<br><br>(ECF No. 13) |

　　　　Before the Court is the parties' stipulation for an extension of time in which Defendant may file her brief in support of whether this Court should affirm, reverse, or modify a final decision of the Commissioner of Social Security denying Plaintiff social security benefits. For good cause shown, the Court approves the stipulation and orders that Defendant shall have through March 25, 2025, to file her responsive brief. The scheduling order (ECF No. 5) otherwise remains controlling.

IT IS SO ORDERED.

Dated:　**February 13, 2025**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge