# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FRANCES PEREZ,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 1:24-cv-01322-SAB

ORDER GRANTING UNOPPOSED MOTION TO STRIKE AND REPLACE TRANSCRIPT

(ECF No. 23)

Pending before the Court is Defendant's unopposed motion to strike the original administrative record (*i.e.*, transcript) in this social security review and to allow Defendant to refile an amended record. This matter is on appeal, and upon review of the record lodged in this Court, it was identified that it contains three errant pages that relate to a different person. Thus, Defendant moves to strike the original record filed in this matter and be allowed to refile an amended record. Defendant further asks the Court to direct all persons to destroy any copies of the prior transcript.

/ / /

/ / /

/ / /

/ / /

/ / /

Upon review, the Court finds good cause to grant the unopposed motion.  Further, the Court observes that Defendant has already filed what appears to be a corrected version of the administrative record.  (ECF No. 24.)

Therefore, the Court GRANTS the motion to strike and replace transcript.  (ECF No. 23.) The Clerk of the Court is DIRECTED to STRIKE the originally filed administrative record in this matter.  (ECF No. 10.)  It is FURTHER ORDERED that any person who is in possession of the originally filed administrative record (ECF No. 10) to destroy such record.

IT IS SO ORDERED.

Dated:    **June 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2